UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD LEWIS
(116300)

VERSUS

BURL CAIN, WARDEN, ET AL

CIVIL ACTION

NO. 11-118-BAJ-CN

# RULING AND
# ORDER OF DISMISSAL

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 7, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that plaintiff's action is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana, September 30, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA